IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                             Case No. 2:07-cr-154-2

Damion Robison

## ORDER

Defendant has filed a motion for disclosure of grand jury materials. A party seeking disclosure of matters occurring before a grand jury must show that a particularized need exists for disclosure which outweighs the policy of secrecy in grand jury proceedings. <u>United States v. Sells Engineering, Inc.</u>, 43 U.S. 418 (1983); <u>Dennis v. United States</u>, 384 U.S. 855 (1966). This is a closed case in which no proceedings are pending, and defendant has made no showing of particularized need. The motion for disclosure of grand jury materials is denied.

Date: October 18, 2011                  s/James L. Graham
                                         James L. Graham
                                         United States District Judge